IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090-14 |
| | ) | Judge Bryant |
| ROBERT FOXX. | ) | |

**ORDER:**

Motion granted. The detention hearing and arraignment for defendant Foxx are RESCHEDULED to July 9, 2014, at 10:00 A.M.

John Bryant, USMJ

## MOTION TO CONTINUE DETENTION HEARING

The Defendant, Robert Foxx, by and through counsel, hereby moves this Honorable Court to continue the Defendant's detention hearing scheduled this afternoon at 3:00 P.M. In support of this Motion the Defendant would state that he needs additional time to prepare for the hearing. The Defendant requests a continuance of one week. The Defendant is prepared to be arraigned today at the scheduled time.

Respectfully submitted this 1st day of July, 2014.

s/ Charles D. Buckholts
Charles D. Buckholts, B.P.R. #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
