UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090-14 |
| | ) | JUDGE CAMPBELL |
| ROBERT FOXX | ) | |

ORDER

Pending before the Court is Defendant Robert Foxx's Motion to Continue Sentencing Hearing Set for November 12, 2015 (Docket No. 810). The Motion is GRANTED.

The sentencing hearing for Defendant Robert Foxx is RESCHEDULED for April 8, 2016, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE